1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. |
| Plaintiff, | **COMPLAINT** |
| v. | |
| Innovative Services NW, | JURY TRIAL DEMAND |
| Defendant**.** | |

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act, as amended by the ADA Amendments Act of 2008, 42 U.S.C. § 12101 *et. seq.*, (ADA) and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Charging Party, Carly Romero (Romero), who was adversely affected by such practices.  The Equal Employment Opportunity Commission (EEOC or Commission) alleges that Defendant Innovative Services NW (ISNW or Defendant)

COMPLAINT - 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave , P O  Box 36025
San Francisco, CA  94102
Telephone No  (650)-684-0954
Fax No  (415) 522-3425

1    violated the ADA by refusing to provide Romero with a reasonable accommodation for her

2    disability and terminating her employment because of her disability.

3                                    JURISDICTION AND VENUE

4        1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337,

5    1343 and 1345.  This action is authorized and instituted pursuant to Section 107(a) of the

6    Americans with Disabilities Act of 1990 (ADA), as amended, 42 U.S.C. § 12117(a), which

7    incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of

8    1964, 42 U.S.C. §§ 2000e-5(f)(1) and (3) (Title VII), and pursuant to Section 102 of the Civil

9    Rights Act of 1991, 42 U.S.C. § 1981a.

10       2.    Defendant committed the alleged unlawful employment practices in

11   Vancouver, Washington which is within the jurisdiction of the United States District Court for

12   the District of Washington.

13                                          PARTIES

14       3.    Plaintiff, the U.S. Equal Employment Opportunity Commission, is the agency

15   of the United States of America charged with the administration, interpretation and

16   enforcement of Title I of the ADA and is expressly authorized to bring this action by Section

17   107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1)

18   and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

19       4.    At all relevant times, Defendant has been a Washington non-profit continuously

20   doing business in Clark County, Washington and has continuously had at least fifteen (15)

21   employees.

22       5.    At all relevant times, Defendant has continuously been an employer engaged in

23   an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and

24   Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections

25   701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

26

27   COMPLAINT - 2

28

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave , P O  Box 36025
San Francisco, CA  94102
Telephone No  (650)-684-0954
Fax No  (415) 522-3425

6.    At all relevant times, Defendant has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

ADMINISTRATIVE PROCEDURES

7.    More than thirty (30) days prior to the institution of this lawsuit, Romero filed a charge of discrimination with the EEOC against Defendant ISNW alleging that it discriminated against her in violation of Title I of the ADA.

8.    The Commission provided Defendant notice of the charge of discrimination.

9.    By letter dated August 12, 2021, the Commission issued to Defendant a Determination finding reasonable cause to believe that Defendant violated Title I of the ADA and inviting Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief.

10.    The Commission communicated with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the Determination.

11.    The Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

12.    By letter dated October 4, 2021, the Commission issued to Defendant notice that efforts to conciliate Romero's charge were unsuccessful and that further conciliation efforts would be futile or non-productive.

13.    All conditions precedent to the institution of this lawsuit have been fulfilled.

STATEMENT OF CLAIMS

14.    Defendant operates a non-profit that, among other things, includes a Janitorial Services Program (Program) which provides custodial services to governmental, charitable and business clients at approximately 80 customer sites.

COMPLAINT - 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave , P O  Box 36025
San Francisco, CA  94102
Telephone No  (650)-684-0954
Fax No  (415) 522-3425

15.     Romero was employed as a janitor for Defendant's Program from 2013 through January 22, 2020. Her duties included vacuuming Defendant's sites, typically, using a backpack vacuum.

16.     Defendant permitted some janitors to use upright vacuums instead of backpack vacuums.

17.     Between November 2018 and November 2020, Defendant used upright vacuums at approximately 29 of its customer sites.

18.     Romero had the requisite skill, education and background to work for Defendant as a janitor. Romero worked for Defendant as a janitor for seven years and was praised as a valued employee and strong performer by Defendant's high-level managers.

19.     Romero suffers from degeneration and torn cartilage in both of her hip joints, which causes her pain and restricts her mobility.

20.     Romero's hip impairment, which disrupted her ability to sleep, made it difficult to get dressed and/or put her socks and shoes on and to get in and out of cars because she was unable to lift her leg from the hip, substantially limited the major life activity of musculoskeletal functioning.

21.     In August 2019, Romero took approved leave under the Family Medical Leave Act to have surgery on her right hip.

22.     On November 25, 2019, Romero's doctor released Romero to return to work with a note which stated, Romero "may do activities as a Janitor except for wearing the backpack vacuum [for] 6 weeks."

23.     Romero asked Defendant to allow her to use an upright vacuum as an accommodation.

COMPLAINT - 4

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave , P O  Box 36025
San Francisco, CA  94102
Telephone No  (650)-684-0954
Fax No  (415) 522-3425

1    24.    Defendant denied Romero's November 25, 2019 request because "there would

2    be too much risk to return [Romero] to work without a 100% release." Instead, Defendant

3    placed Romero on unpaid leave.

4    25.    Between November 25, 2019 and January 21, 2020, Romero reached out to

5    Defendant via telephone multiple times to ask to come back to work with the reasonable

6    accommodation of an upright vacuum, but each request was denied.

7    26.    On January 21, 2020, Romero submitted a final doctor's note notifying

8    Defendant she would need to be out of work for an additional two months unless Defendant

9    would provide a light duty assignment. Romero reminded Defendant that light duty meant the

10    use of an upright, rather than backpack vacuum. The doctor's note informed defendant that a

11    light duty assignment or a desk job "w[ould] not worsen her condition."

12    27.    Defendant denied Romero's request to use an upright vacuum and did not

13    suggest or offer any other reasonable accommodation.

14    28.    On January 22, 2020, Defendant terminated Romero's employment because of

15    her disability.

16    29.    Since at least November 2019, Romero has been a qualified individual with a

17    disability under Sections 3 and 101(8) of the ADA, 42 U.S.C. §§ 12102 and 12111(8), who

18    could perform the essential functions of Defendant's janitor position with a reasonable

19    accommodation.

20    30.    Since at least November 2019, Defendant has engaged in unlawful employment

21    practices in violation of Sections 102(a) and 102(b)(5)(A) of Title I of the ADA, 42 U.S.C. §§

22    12112(a) and 12112(b)(5)(A). Defendant discriminated against Romero, a qualified individual

23    with a disability, when it refused to provide her with reasonable accommodations that would

24    have enabled her to continue to work for Defendant as a janitor.

25

26

27    COMPLAINT - 5

28

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave , P O  Box 36025
San Francisco, CA  94102
Telephone No  (650)-684-0954
Fax No  (415) 522-3425

1    31.    Defendant violated Section 102(b)(5)(B) of Title I of the ADA, 42 U.S.C. §

2    12112(b)(5)(B), by denying Romero job opportunities because of her disability.

3    32.    On January 22, 2020, Defendant terminated Romero because of her disability

4    in violation of Section 102(a) of Title I of the ADA, 42 U.S.C. § 12112(a).

5    33.    The effect of the practices complained of in paragraphs 14 through 32 above

6    have been to deprive Romero of equal employment opportunities and otherwise adversely

7    affect her status as an employee because of her disability.

8    34.    The unlawful employment practices complained of in paragraphs 14 through 32

9    above were and are intentional.

10    35.    The unlawful employment practices complained of in paragraphs 14 through 32

11    above were done with malice or with reckless indifference to Romero's federally protected

12    rights.

### <u>PRAYER FOR RELIEF</u>

14    Wherefore, the Commission respectfully requests that this Court:

15    A.    Grant a permanent injunction enjoining Defendant, its officers, agents,

16    successors, assigns, and all persons in active concert or participation with them, from engaging

17    in any employment practice which discriminates on the basis of disability.

18    B.    Order Defendant to institute and carry out policies, practices, and programs

19    which provide equal employment opportunities for qualified individuals with disabilities, and

20    which eradicate the effects of its past and present unlawful employment practices.

21    C.    Order Defendant to make whole Romero by providing appropriate back pay

22    with interest, in amounts to be determined at trial, and other affirmative relief necessary to

23    eradicate the effects of its unlawful employment practices.

24    D.    Order Defendant to make whole Romero by providing compensation for past

25    and future pecuniary losses resulting from the unlawful employment practices described in

26

27    COMPLAINT - 6

28

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave , P O  Box 36025
San Francisco, CA  94102
Telephone No (650)-684-0954
Fax No  (415) 522-3425

1    paragraphs 14 through 32 above, including past and future out-of-pocket losses, in amounts to

2    be determined at trial.

3          E.    Order Defendant to make whole Romero by providing compensation for past

4    and future non-pecuniary losses resulting from the unlawful practices complained of in

5    paragraphs 14 through 32 above, including emotional pain, suffering, inconvenience, and

6    humiliation, in amounts to be determined at trial.

7          F.    Order Defendant to pay Romero punitive damages for its malicious and/or

8    reckless conduct, as described in paragraphs 14 through 32 above, in amounts to be determined

9    at trial.

10         H.    Grant such further relief as the Court deems necessary and proper in the public

11   interest.

12         I.    Award the Commission its costs of this action.

13   JURY TRIAL DEMAND

14         The Commission requests a jury trial on all questions of fact raised by its complaint.

15   DATED this 2nd day of March 2023.

16
17   ROBERTA L. STEELE
     Regional Attorney

18   BY: */s/ Roberta L. Steele*
19   Roberta L. Steele
     Regional Attorney                          GWENDOLYN YOUNG REAMS
20   Equal Employment Opportunity               Acting General Counsel
     Commission
21   San Francisco District Office              CHRISTOPHER LAGE
     450 Golden Gate Ave, 5th Floor West        Deputy General Counsel
22   P.O. Box 36025
     San Francisco, CA 94102                    Office of the General Counsel
23   TEL: (650) 684-0939                        131 "M" Street NE
24   roberta.steele@eeoc.go                     Washington, D.C. 20507

25

26                                              EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                                                        San Francisco District Office
27                                                 450 Golden Gate Ave , P O  Box 36025
     COMPLAINT - 7                                       San Francisco, CA  94102
                                                      Telephone No  (650)-684-0954
28                                                      Fax No  (415) 522-3425

1  /s/ *Marcia L. Mitchell*
   Marcia L. Mitchell
2  Supervisory Trial Attorney
   Equal Employment Opportunity
3  Commission
   San Francisco District Office
4  450 Golden Gate Ave., 5th Floor West
   P.O. Box 36025
5  San Francisco, CA  94102
   Telephone No. (650)-684-8271
6  marcia.mitchell@eeoc.gov

7
   /s/ *Annabel Pollioni*
8  Annabel Pollioni
   Trial Attorney
9  Equal Employment Opportunity
   Commission
10 San Francisco District Office
11 450 Golden Gate Ave., 5th Floor West
   P.O. Box 36025
12 San Francisco, CA  94102
   Telephone No. (650)-684-0954
13 annabel.pollioni@eeoc.gov

14

15
   Attorneys for Plaintiff EEOC
16

17

18

19

20

21

22

23

24

25

26
                                    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                                    San Francisco District Office
27                                  450 Golden Gate Ave , P O  Box 36025
   COMPLAINT - 8                    San Francisco, CA  94102
                                    Telephone No  (650)-684-0954
28                                  Fax No  (415) 522-3425

1

2

3                              **CERTIFICATE OF SERVICE**

4          I hereby certify that on this date, I electronically filed the foregoing with the Clerk of
   Court using the CM/ECF system.

5

6
           DATED this 2nd day of March, 2023
7

8                                    */s/ Jimmy Yen*
                                     JIMMY YEN
9                                    Paralegal
                                     Equal Employment Opportunity Commission
10                                   909 First Ave., Suite 400
                                     Seattle, Washington 98104
11                                   Telephone: 206-576-3043
                                     Fax: 206-220-6911
12                                   Email: jimmy.yen@eeoc.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                                EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                                                              San Francisco District Office
27   COMPLAINT - 9                                        450 Golden Gate Ave , P O  Box 36025
                                                              San Francisco, CA  94102
                                                          Telephone No  (650)-684-0954
28                                                            Fax No  (415) 522-3425